# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

FRANCIS FERRELL,

          CIVIL NO.: 11-CV-1217 RHK/JJG

    Plaintiff,

v.

NRA GROUP, LLC,          **NOTICE OF VOLUNTARY**
d/b/a NATIONAL RECOVERY AGENCY,   **DISMISSAL WITH PREJUDICE**

    Defendant.

___

**NOTICE IS HEREBY GIVEN THAT** the Plaintiff in the above-entitled action voluntarily dismisses this matter with prejudice and on the merits, without costs, disbursements, or attorney's fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

                MARTINEAU, GONKO & VAVRECK, PLLC

Dated: June 16, 2011         s/ Mark L. Vavreck               .
                                 Mark L. Vavreck, Esq.
                                 Attorney I.D.#0318619
                                 Attorney for Plaintiff
                                 Designers Guild Building
                                 401 North Third Street, Suite 600
                                 Minneapolis, MN 55401
                                 Telephone: (612) 659-9500
                                 Facsimile:  (612) 659-9220