## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

FRANCIS FERRELL,                                         Civil No. 11-1217 (RHK/JJG)

                Plaintiff,                     **ORDER FOR DISMISSAL**

v.

NRA GROUP, LLC, d/b/a NATIONAL
RECOVERY AGENCY,

                Defendant.

_____

Based upon the Notice of Voluntary Dismissal with Prejudice (Doc. No. 2) filed by Plaintiff, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  June 16, 2011

                                                           s/Richard H. Kyle
                                                           RICHARD H. KYLE
                                                           United States District Judge